UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:                                                    Case No.: 09-23801-rdd
                                                          (Chapter 7)
MARK W. FLEMMIG,

                        Debtor.


_____


### ORDER PURSUANT TO 11 U.S.C. § 362(d)
### MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)


Upon the motion, dated the November 16, 2009 (the "Motion"), of America's Servicing Company as

servicer for HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation

Mortgage Pass Through Certificates Series 2005-AR6 (with any subsequent successor or assign, the "Creditor"),

for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the

automatic stay imposed in the above captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's

interests in 10553 Pine Point Avenue, Unit #102, Las Vegas, NV 89144 (the "Property") to allow the Creditor's

enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having

been made on all necessary parties; and the Court having held a hearing on the Motion on January 11, 2010; and

upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is

vacated under section 362(d)(1) and (2) of the Bankruptcy Code as to the Creditor's interests in the Property to

allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

ORDERED, that the chapter 7 trustee shall retain any and all interest that the estate may have in any

surplus monies that may be produced from a foreclosure sale of the Property, and will be noticed of any such sale

of the Property and surplus money proceedings.


Dated:  January 13, 2010                          /s/Robert D. Drain
        White Plains, New York                    UNITED STATES BANKRUPTCY JUDGE